UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| RONALD EVANS ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **Crim. No. 02-36-B-S** |
| UNITED STATES OF AMERICA, ) | Civil No. 06-120-b-S |
| ) | |
| ) | |
| ) | |
| ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 5, 2007, her Recommended Decision (Docket No. 13).  Plaintiff Ronald Evans filed his Objection to the Recommended Decision (Docket No. 14) on April 20, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. Accordingly, it is **ORDERED** that Defendant's Motion for Summary Dismissal of Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 9) is **GRANTED** and the 28 U.S.C. § 2255 Motion (Docket No. 1) is **DENIED**.

/s/George Z. Singal
Chief U.S. District Judge

Dated: May 9, 2007